IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CR471 |
| v. | ) | |
| | ) | |
| JOSE RIVERA, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

A new attorney has now entered his appearance.

IT THEREFORE HEREBY IS ORDERED,

This matter is placed back on the trial calendar and trial shall commence at 9:00 a.m., June 20, 2005, for a duration of six days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska. Jury selection will be held at commencement of trial.

DATED this 25th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge