IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR471 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| JOSE RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

I have received correspondence from Special Assistant United States Attorney Jennie Dugan-Hinrichs in response to my request for further information regarding the plea agreement in this case. I shall direct that it be filed.

IT IS ORDERED that the correspondence attached hereto shall be filed in the court file.

February 22, 2006.	BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge