IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR471 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSE RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend time for filing status report (filing 56) is granted.  No later than Friday, April 14, 2006, the parties shall advise the undersigned of whether they wish to proceed to trial or pursue some other disposition.  They shall give this advice by filing a written joint status report in the court file.

April 3, 2006.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge