IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR471 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that a hearing on all matters ripe for decision, including sentencing and the acceptance of any new plea agreement, is scheduled before the undersigned United States district judge on Wednesday, July 12, 2006, at 12:00 noon in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

    May 23, 2006.                      BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge