```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )         8:04CR471
      v.                       )
                               )
JOSE RIVERA,                   )
                               )            ORDER
              Defendant.       )
                               )
```

IT IS ORDERED:

The motion of Jennie Dugan-Hinrichs to withdraw as an attorney of record for the plaintiff, filing 85, is granted.

DATED this 20th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge